UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMY FAGAN,

        Plaintiff,

- against -

INSTITUTE OF CULINARY EDUCATION, INC.,

        Defendant.

24-cv-813 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **February 27, 2024.**

SO ORDERED.

Dated:    New York, New York
           February 13, 2024

                                      John G. Koeltl
                                United States District Judge