UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY FAGAN, | 24-CV-00813 (JGK)(RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| INSTITUTE OF CULINARY EDUCATION, INC., | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated May 6, 2024 (ECF 17), Judge John G. Koeltl referred this case to me for settlement.

A settlement conference is scheduled for **Friday, May 31, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **May 20, 2024,** to propose three alternative dates and times for the settlement conference during the week of May 28, 2024.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **May 24, 2024**, **at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  May 7, 2024
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge