UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY FAGAN,<br><br>                    Plaintiff,<br><br>   -against-<br><br>INSTITUTE OF CULINARY EDUCATION, INC.,<br><br>                    Defendant. | 24-CV-813 (JGK) (RFT)<br><br>**TELEPHONE CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In light of my expanded scope of reference (*see* ECF 23), this action is scheduled for a telephonic status conference on **Thursday, July 11, 2024 at 12:00 PM** to discuss the issues raised in the letter at ECF 22.

Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 608 882 604#**.

DATED:  July 3, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge