UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY FAGAN,<br><br>                    Plaintiff,<br><br>  -against-<br><br>INSTITUTE OF CULINARY EDUCATION, INC.,<br><br>                  Defendant. | 24-CV-813 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the conference earlier today, I am setting the following deadlines: 1) the defendants shall begin a rolling document production in July 2024 and shall make best efforts to substantially complete their document production within 30 days thereafter; 2) the parties shall meet and confer on document production issues by **July 18, 2024**; 3) the defendants shall by **July 18, 2024** inform me whether they intend to stand on their original position that they will not disclose names of students, and if so, the parties shall provide letter briefs by **July 22, 2024** on the legal basis for their positions on that issue; 4) the parties shall provide a joint status update on any outstanding document production issues as well as the status of discovery more generally by **July 22, 2024**; and 5) the parties shall provide joint updates on the status of discovery every two weeks, beginning on the first Tuesday in September 2024 and continuing until the close of all discovery.

      The Clerk of Court is respectfully requested to terminate ECF 22.

DATED:  July 11, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge