UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY FAGAN,<br><br>                    Plaintiff,<br><br>     -against-<br><br>INSTITUTE OF CULINARY EDUCATION, INC.,<br><br>                    Defendants. | 24-CV-00813 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I had directed the parties to provide periodic joint status updates, beginning on September 3, 2024 (ECF 25). On that date, the parties provided separate updates (ECF 32, 33). They therefore failed to comply with my order and demonstrated an unfortunate inability to cooperate, does not inspire my confidence in their ability to cooperate to complete discovery promptly and efficiently. Accordingly, going forward, the parties shall provide their joint status updates on a weekly basis, beginning on September 9, 2024. If the parties are unable to provide joint updates, I will require them to participate in weekly status conferences.

The Clerk of Court is respectfully requested to terminate ECF 32 and 33, which were status updates and were incorrectly filed as letter motions.

DATED:  September 4, 2024
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge