# LAW OFFICES OF STUART E. FAGAN

ATTORNEY AT LAW
P.O. Box 365
Wheaton, IL 60187

STUART E. FAGAN

TELEPHONE
(858) 220-9601

September 25, 2024

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
500 Pearl St., Room 703
New York, NY 10007-1312

RE: *Fagan v. Institute of Culinary Education*
Case No.: 1:24-cv-00813-JGK

Dear Judge Tarnofsky:

    Plaintiff Amy Fagan hereby requests an informal, pre-motion discovery conference with the court. Briefly stated, Plaintiff served a second set of interrogatories and production requests upon Defendant Institute of Culinary Education, Inc., on July 30, 2024. On September 9, 2024, Defendant timely provided written responses to the discovery. But Defendant objected to all of the interrogatories and provided no substantive responses. Defendant, moreover, objected to a myriad of the production requests and withheld relevant documents. As such, the parties, by and through their respective attorneys, thereafter met and conferred on September 19, 2024, regarding the inadequacy of Defendant's responses, but were unable to resolve all their differences. Consequently, Plaintiff respectfully requests the court's assistance in resolving the matter.

Sincerely,

Stuart E. Fagan

SEF/sf

---

Plaintiff fails to specify any of the following information, which is necessary for me to understand the discovery disputes she wishes to bring to my attention: which interrogatories Defendants are still refusing to answer, on what basis, and Plaintiff's explanation of why Defendants should be compelled to respond; and the document production requests to which Defendants have objected, the basis for the objections, and Plaintiff's explanation of why the Defendants should be compelled to produce the responsive documents that are being withheld. Plaintiff's motion for a conference is DENIED without prejudice to her making a renewed motion that provides this necessary information.

Date: 9/26/2024
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE