UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMY FAGAN,

                Plaintiff,

    - against -

INSTITUTE OF CULINARY EDUCATION, INC.,

                Defendant.

24-cv-813 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference in connection with the plaintiff's request to reopen the case on **Tuesday, December 10, 2024**, at **12:30 p.m.**

    Dial-in: 646-453-4442, with access code 675 278 33#.

SO ORDERED.

Dated:    New York, New York
            December 2, 2024

                                            John G. Koeltl
                                  United States District Judge